SMITH ET AL., APPELLANTS, *v.* RUDLER, APPELLEE.

[Cite as *Smith v. Rudler* (1994), 70 Ohio St.3d 397.]

(No. 93–2055—Submitted August 31, 1994—Decided September 28, 1994.)

*Yulish, Twohig & Associates Co., L.P.A.*, and *Jeffrey S. Watson,* for appellants.
*Bobulsky & Grdina* and *Timothy J. Bohanowski,* for appellee.

*Licata & Crosby Co., L.P.A., Louis J. Licata* and *Elizabeth A. Crosby,* urging reversal for *amicus curiae,* Adult Support for Incest Survivors of Today.

---

The judgment of the court of appeals is reversed and the cause is remanded to the trial court for consideration and application of *Ault v. Jasko* (1994), 70 Ohio St.3d 114, 637 N.E.2d 870.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

WRIGHT, J., dissents for the reasons stated in his dissenting opinion in *Ault v. Jasko* (1994), 70 Ohio St.3d 114, 637 N.E.2d 870.